UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWIN BELONEY,

          Plaintiff,

  v.

M.S. EVAN,

          Defendant.
_____/

Case Number: CV07-04649 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin Beloney
V-97342/ C1-124U
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: September 12, 2007

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk