EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDWIN BELONEY,**<br><br>                Petitioner,<br><br>   v.<br><br>**M. S. EVANS, Warden,**<br><br>                Respondent. | C 07-4649 WHA (PR) |

**RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

**EDWIN BELONEY,**                          C 07-4649 WHA (PR)

                          Petitioner,       **RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

     v.

**M. S. EVANS, Warden,**

                          Respondent.

19    Respondent respectfully requests that this Court grant a sixty (60) day extension of time,

20 to and including January 10, 2007, to file the answer in this case. Respondent has made no prior

21 request for an extension of time.

22    As set forth in the accompanying Declaration of Counsel, counsel for respondent needs

23 sixty (60) days to complete and file the answer. Respondent does not believe petitioner will be

24 prejudiced by this request.

Respondent's Ex Parte Application For First Extension Of Time - C 07-4649 WHA (PR)

1

1  Wherefore, respondent respectfully requests that this Court grant this application for an
2  extension of time.
3  Dated: November 1, 2007
4  Respectfully submitted,
5  EDMUND G. BROWN JR.
   Attorney General of the State of California
6  DANE R. GILLETTE
   Chief Assistant Attorney General
7  GERALD A. ENGLER
   Senior Assistant Attorney General
8
   PEGGY S. RUFFRA
9  Supervising Deputy Attorney General

11 /s/ Joan Killeen
   JOAN KILLEEN
12 Deputy Attorney General

13 Attorneys for Respondent

Respondent's Ex Parte Application For First Extension Of Time - C 07-4649 WHA (PR)

2