EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDWIN BELONEY,**<br><br>                      Petitioner,<br><br>    v.<br><br>**M. S. EVANS, Warden,**<br><br>                      Respondent. | C 07-4649 WHA (PR) |

**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDWIN BELONEY,** | C 07-4649 WHA (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME** |
| v. | |
| **M. S. EVANS, Warden,** | |
| Respondent. | |

I, Joan Killeen, declare under penalty of perjury that:

I am a Deputy Attorney General of the State of California and am admitted to practice law in this state and before this Court. I have been assigned to represent respondent and to prepare the answer in this case. Respondent has made no previous request for an extension of time.

On September 12, 2007, this Court issued an Order to Show Cause, directing respondent to file an answer to the petition for writ of habeas corpus within sixty days.

I request an additional sixty days from the present due date of November 11, 2007, to prepare and file the answer. This request is not made for the purpose of delay. In the past sixty days, I filed the answer to the petition for writ of habeas corpus in *Roberson v. Runnels*, C 04-0272

JW, an opposition to a motion for stay and abeyance in *Nawi v. Evans*, C 07-0261 SI, and the respondent's briefs in *People v. Young*, H030682, *People v. Le*, H031041, and *People v. Kolov*, A116163. I must also complete the respondent's brief in the previously assigned case of *People v. Gutierrez*, H030947, and the answers to the petitions for writ of habeas corpus in *Duvardo v. Giurbino*, C 05-5428 MHP, *Terrell v. Runnels*, C 07-1457 SBA, and *Beloney v. Hedgpeth*, C 07-4327 WHA, before beginning work on this case. In addition, I will be out of the country on a prepaid vacation from November 2, 2007, through November 19, 2007.

Petitioner raises two claims for relief in connection with his 2005 convictions for second degree robbery and carjacking committed for the benefit of, at the direction of, or in association with a criminal street gang. The reporter's transcript of the trial is approximately 800 pages long and the clerk's transcript is approximately 570 pages long.

In light of my current work load, the number of claims raised by petitioner, the necessity of reviewing the lengthy trial record to address those claims, and my prepaid vacation, I will be unable to prepare and file the answer by the current due date.

I have not contacted petitioner in this case because he is a state prisoner proceeding pro se.

Executed on November 1, 2007, at San Francisco, California.


/s/ Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 07-4649 WHA (PR)

2