CHAMBERS COPY                    COPY

FILED

07 NOV 15 PM 2:55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN BELONEY,<br><br>  Petitioner,<br><br>v.<br><br>M. S. EVANS, Warden,<br><br>  Respondent. | C 07-4649 WHA (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including January 10, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: __11/15__

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

CHAMBERS COPY

## DECLARATION OF SERVICE

Case Name: **Beloney v. Evans, Warden**         No.: **C 07-4649 WHA (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 1, 2007**, I placed the attached **1) RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; 2) DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; AND [PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

Edwin Beloney
V-97342
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 1, 2007**, at San Francisco, California.

| L. SORENSEN | /s/ L. Sorensen |
|---|---|
| Typed Name | Signature |