EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDWIN BELONEY,** | C 07-4649 WHA (PR) |
| Petitioner, | |
| v. | |
| **M. S. EVANS, Warden,** | |
| Respondent. | |

**INDEX OF STATE COURT RECORDS LODGED IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JOAN KILLEEN
Deputy Attorney General
6 | State Bar No. 111679
   455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
   Telephone: (415) 703-5968
8 | Fax: (415) 703-1234
   Email: Joan.Killeen@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**EDWIN BELONEY,**

Petitioner,

v.

**M. S. EVANS, Warden,**

Respondent.

C 07-4649 WHA (PR)

**INDEX OF STATE COURT RECORDS LODGED IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

INDEX

Exhibits

| | | |
|---|---|---|
| A | Clerk's Transcript on Appeal, Vols. 1-2, Augmented Transcript |
| B | Reporter's Transcript on Appeal, Vols. 1-9 |
| C | Appellant Edwin Beloney's Opening Brief, H029353 |
| D | Appellant Avery Darbey's Opening Brief, H029353 |
| E | Respondent's Brief, H029353 |
| F | Appellant Edwin Beloney's Reply Brief, H029353 |
| G | Appellant Avery Darbey's Reply Brief, H029353 |

Index Of State Court Records Lodged In Support Of Answer To Petition For Writ Of Habeas Corpus - C 07-4649 WHA (PR)

1

| | | |
|---|---|---|
| 1 | H | California Court of Appeal Opinion, H029353 |
| 2 | I | Appellant Edwin Beloney's Petition for Review, H029353 |
| 3 | J | 4/12/07 California Supreme Court Order Denying Review, S149860 |

Index Of State Court Records Lodged In Support Of Answer To Petition For Writ Of Habeas Corpus - C 07-4649 WHA (PR)