```
 1  EDWIN BELONEY
    P.O. BOX 1050
 2  SOLEDAD, CA. 93960-1050

 3  IN PRO SE.

 4

 5               IN THE UNITED STATES DISTRICT COURT

 6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 7                     SAN FRANCISCO DIVISION

 8
    EDWIN BELONEY,              )   C 07-4649 WHA (PR)
 9                              )
                    Petitioner, )   PETITIONER'S
10                              )   APPLICATION FOR
                                )   ENLARGEMENT OF TIME;
11       v.                     )   DECLARATION OF
                                )   EDWIN BELONEY
12  M.S. EVANS, Warden,         )
                                )
13                  Respondent. )
                                )
14
         Petitioner respectfully applies to this Court for a thirty-
15
    day enlargement of time in which to file a traverse in the above
16
    matter.
17
         This Application is made for good cause as set forth in the
18
    attached declaration of Edwin Beloney.
19
         Dated: February 28, 2008.
20

21
                                     Respectfully submitted,
22

23                                   _____
                                            EDWIN BELONEY
24  //
    //
25  //
    //
26  //
    //
27  //
    //
28  //
```

### DECLARATION OF EDWIN BELONEY

I, EDWIN BELONEY, hereby declare under penalty of perjury and the laws of the United States of America that the following is true and correct.

1. I am the petitioner in the case of Edwin Beloney v. M.S. Evans, Warden, C 074649 WHA (PR), and acting In Pro Se.. Petitioner has been granted one previous enlargement of time.

2. The due date for filing a Traverse is currently March 10, 2008. For the reasons set forth below, Petitioner will be unable to prepare and file a traverse by the above-mentioned dates, and therefore, Petitioner request a thirty-day enlargement of time.

3. Petitioner, is presently located at California State prison, Salinas Valley, in Soledad, Ca.. The prison is currently on lock-down status, due to a missing metal dental tool, and although this court has previously granted petitioner a thirty-day extention of time, petitioner never actually received an actual Order, so I was unable to gain access to the law library, so that I may have been able to meet my deadline, so I have also attached a proposed Order.

4. Therefore, I am requesting a thirty-day enlargement of time: An April 9, 2008, by which to file a traverse to the Habeas petition will be appropriate.

Executed this 28th day of February 2008, at Soledad, California.

*Edwin Beloney*
FDWIN BELONEY

//
//
//
//
//
//
//

EDWIN BELONEY # V-97342
C1-134L SALINAS. VALLEY. STATE. PRISON
P.O. Box 1050
SOLEDAD CA. 939

LEGAL STATE PRISON
GENERATED MAIL

9410213651 C004

U.S. DISTRICT COURT NORTHERN DIST. OF CAL.
450 GOLDEN GATE AVE
SAN FRANCISCO CA. 94102



