EDWIN BELONEY
P.O. BOX 1050
SOLEDAD, CA. 93960-1050

IN PRO SE.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN BELONEY, | C 07-4649 WHA (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| M.S. EVANS, Warden, | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner is granted a thirty-day enlargement of time, and accordingly Petitioner has until April 9, 2008, by which to file a Traverse to the Return for Writ of Habeas Corpus.

Presented by: *Edwin Beloney*
EDWIN BELONEY

DATED: _____          _____
                                United States Magistrate Judge

//
//
//
//
//
//
//
//

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, Edwin Beloney, declare under penalty of perjury that: I am the Petitioner in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 1st day of MARCH, 20 08, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) Edwin Beloney
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Edwin Beloney, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On _____, 20_____, I served the foregoing: Application for Enlargement of Time w/ Attached Declaration by Edwin Beloney.

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

Attorney General Office, 455 Golden Gate Ave, San Francisco, CA 94102

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 1, 20 08,

Edwin Beloney
DECLARANT/PRISONER