Edwin Beloney
P.O. Box 1050
Soledad, Ca. 93960-1050

In Pro Se.

FILED
08 JUL -9 PM 4:05
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN BELONEY,<br><br>　　　　Petitioner,<br><br>v.<br><br>M.S. EVANS, Warden,<br><br>　　　　Respondent. | C 07-4649 WHA (PR)<br><br>MEMORANDUM IN REGARDS TO ORDER(S) NOT ISSUED TO PETITIONER, IN ORDER TO HAVE ADEQUATE ACCESS TO LAW LIBRARY. |

　　I EDWIN BELONEY, hereby declare as follows:
That I am the petitioner in the above-entitled action: EDWIN BEL_ONEY V. M.S. EVANS, and I am In Pro Se.

　　I made a request for enlargement of time on or about April 9, 2008. Included with that request was a proposed order. I stated that it was necessary to have the order to obtain P.L.U. status (Priority legal user) for those inmates who have 30 day deadlines. As of this date I have not received any orders granting petitioner or denying petitioner his request. However, I have not had any access to the law library, due to the on going tensions between races. Therefore, it is necessary that the order be sent, so that petitioner can adequately present his habeas corpus claim.

　　I declare under the penalty of perjury under the laws of this state, that the foregoing is true and correct.

　　Executed on this 30th day of June 2008, at Soledad, Ca.

　　　　　　　　　　　　　　　　　　_Edwin Beloney_

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, __Edwin Beloney__ declare under penalty of perjury that: I am the __Petitioner__ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __3rd__ day of __July__, 20__08__, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) __Edwin Beloney__
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __Edwin Beloney__, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On __July 3__, 20__08__, I served the foregoing: __MEMORANDUM; REQUEST FOR ORDER FOR ENLARGEMENT OF TIME, SO PETITIONER CAN HAVE WEEKLY ACCESS TO THE LAW LIBRARY__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

__ATTORNEY GENERAL OFFICE, 455 GOLDEN GATE AVE SAN FRANCISCO, CA. 94102__

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __July 3__, 20__08__.

__Edwin Beloney__
DECLARANT/PRISONER