IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN BELONEY,<br><br>    Petitioner,<br><br>  v.<br><br>M. S. EVANS, Warden,<br><br>    Respondent.<br>                                  / | No. C 07-4649 WHA (PR)<br><br>**ORDER EXTENDING TIME TO FILE TRAVERSE** |

Petitioner's motion for an extension of time to file his traverse (document number 9 on the docket) is **GRANTED**. His earlier motion (document 8) is **DENIED** as moot. The traverse shall be filed within thirty days of the date this order is entered.

**IT IS SO ORDERED.**

Dated: August   18  , 2008.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\beloney4649.osc.wpd