UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWIN BELONEY,

        Plaintiff,

  v.

M.S. EVAN et al,

        Defendant.

Case Number: CV07-04649 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin Beloney  
V-97342/ C1-124U  
Salinas Valley State Prison  
PO Box 1050  
Soledad, CA 93960

Dated: August 20, 2008

                              Richard W. Wieking, Clerk  
                              By: D. Toland, Deputy Clerk